UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 4:91-82(DSD)

United States of America,

Plaintiff,

v.                                          **ORDER**

Robert Nelson Howell, Jr.,

Defendant.


This matter is before the court upon defendant's pro se petition for disclosure of Court Registry Investment System (CRIS) and related records.  As the government notes in its response to the petition, the docket in this case contains no indication that there are any CRIS records involved in defendant's case.  As a result, the court denies the petition.

Accordingly, **IT IS HEREBY ORDERED** that the petition [ECF No. 53] is denied.


Dated: May 6, 2026

s/David S. Doty
David S. Doty, Judge
United States District Court